Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-021

**Effective Date of Registration:**
February 21, 2024
**Registration Decision Date:**
April 25, 2024

## Title _____

| | |
|---|---|
| **Title of Work:** | Dragon Rider |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | May 18, 2013 |
| **Nation of 1st Publication:** | Greece |

## Author _____

| | |
|---|---|
| **Author:** | Nikolaos Georgios Deligkaris |
| **Pseudonym:** | Nick Deligaris |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Greece |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Nikolaos Georgios Deligkaris<br>Olympou 61, Panorama, 55236, Greece |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Nikolaos Georgios Deligkaris |
| **Email:** | nick@deligaris.com |
| **Address:** | Olympou 61<br>Panorama 55236 Greece |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 21, 2024 |





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-392-025

**Effective Date of Registration:**
February 21, 2024
**Registration Decision Date:**
April 25, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Double Dragon |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | April 01, 2011 |
| **Nation of 1st Publication:** | Greece |

## Author

| | | |
|---|---|---|
| • | **Author:** | Nikolaos Georgios Deligkaris |
| | **Pseudonym:** | Nick Deligaris |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Greece |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikolaos Georgios Deligkaris |
| | Olympou 61, Panorama, 55236, Greece |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikolaos Georgios Deligkaris |
| **Email:** | nick@deligaris.com |
| **Address:** | Olympou 61 |
| | Panorama 55236 Greece |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 21, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-016

**Effective Date of Registration:**
February 21, 2024
**Registration Decision Date:**
April 25, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Draconis Infenvs II |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | January 16, 2006 |
| **Nation of 1st Publication:** | Greece |

## Author

| | |
|---|---|
| **Author:** | Nikolaos Georgios Deligkaris |
| **Pseudonym:** | Nick Deligaris |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Greece |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikolaos Georgios Deligkaris |
| | Olympou 61, Panorama, 55236, Greece |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikolaos Georgios Deligkaris |
| **Email:** | nick@deligaris.com |
| **Address:** | Olympou 61 |
| | Panorama 55236 Greece |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | February 21, 2024 |

Page 1 of 2



DRACONIS **II** INFERNVS

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-022

**Effective Date of Registration:**
February 21, 2024
**Registration Decision Date:**
April 25, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Fire and Ice |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | February 17, 2005 |
| **Nation of 1st Publication:** | Greece |

## Author

| | |
|---|---|
| • **Author:** | Nikolaos Georgios Deligkaris |
| **Pseudonym:** | Nick Deligaris |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Greece |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nikolaos Georgios Deligkaris |
| | Olympou 61, Panorama, 55236, Greece |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Text and characters depicting "Fire & Ice" |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nikolaos Georgios Deligkaris |
| **Email:** | nick@deligaris.com |
| **Address:** | Olympou 61 |
| | Panorama 55236 Greece |

